```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

PAMALA HILLERY,
    Plaintiff,

    v.                                   CIVIL ACTION NO.
                                          14-13043-DPW

CAROLYN COLVIN,
    Defendant.

## ORDER

On July 14, 2014, plaintiff Pamala Hillery ("Hillery"), a resident of Boston, Massachusetts, filed an Application to Proceed Without Prepayment of Fees. She also filed a complaint form that is blank except for plaintiff's name.

By Order dated July 28, 2014, the Court granted Hillery's motion to proceed in forma pauperis and advised her that this action would be dismissed unless she filed an amended complaint that included an allegation as to whether she received a "final decision" of the Commissioner of Social Security.

The Court's records indicate that Hillery has not responded to the Court's Order. The time for responding to the Court's July 28, 2014 Memorandum and Order expired on September 1, 2014. Having received no response to that Memorandum and Order, it is hereby ORDERED that the above entitled action is hereby DISMISSED. The Clerk shall enter a separate order of dismissal. SO ORDERED.

| March 12, 2015 | /s/ Douglas P. Woodlock |
|---|---|
| DATE | DOUGLAS P. WOODLOCK |
| | UNITED STATES DISTRICT JUDGE |